An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MELISSA ARIAS A/K/A ELIZABETH KAY CARLEY,
Appellants,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62633

FILED

MAR 01 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a purported district court order resolving a "post conviction habeas corpus" writ petition. Eighth Judicial District Court, Clark County; James M. Bixler, Judge.

Our review of this proper person appeal reveals a jurisdictional defect. Specifically, appellant appeals from a non-existent order. Review of the district court docket and minute entries indicate that no petition for a post-conviction writ of habeas corpus was filed and no written order was entered resolving the purported petition. To the extent that appellant appeals from the order revoking probation entered on December 18, 2012, the appeal is untimely. NRAP 4(b)(1)(A) (30-day appeal period commences from date judgment is entered). We lack jurisdiction to consider this appeal, see Lozada v. State, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), therefore we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-06378

cc:   Hon. James M. Bixler, District Judge
Brent D. Percival
Melissa Arias
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk